United States. Albert Comstock, for appellees. Before WALLACE, LA-COMBE, and SHIPMAN, Circuit Judges. No opinion. Affirmed in open court. See (C. C.) 86 Fed. 119; (C. C.) 90 Fed. 804; (C. C. A.) 97 Fed. 205.

---

UNITED STATES v. DUNHAM et al. (Circuit Court of Appeals, Second Circuit. October 28, 1898.) No. 80. Appeal from the Circuit Court of the United States for the District of Connecticut. Charles W. Comstock, U. S. Atty. Comstock & Brown, for appellees. Dismissed, because appeal was not taken in time.

---

UNITED STATES v. LESSOR et al. (Circuit Court of Appeals, Second Circuit. May 25, 1898.) Appeal from the Circuit Court of the United States for the Southern District of New York. Henry L. Burnett, U. S. Atty. Hartley & Coleman, for appellee. Dismissed on consent, pursuant to the twentieth rule. See (C. C.) 89 Fed. 197.

---

UNITED STATES v. MERCK & CO. (Circuit Court of Appeals, Second Circuit. November 16, 1899.) No. 63. Appeal from the Circuit Court of the United States for the Southern District of New York. Henry C. Platt, for the United States. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Affirmed in open court. See (C. C.) 91 Fed. 639, 641.

---

UNITED STATES v. ROBBINS. (Circuit Court of Appeals, Second Circuit. November 6, 1899.) No. 21. Appeal from the Circuit Court of the United States for the Southern District of New York. Henry C. Platt, for the United States. Wm. Wickham Smith, for appellee. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Affirmed in open court. See (C. C.) 90 Fed. 805.

---

UNITED STATES v. WAGNER et al. (Circuit Court of Appeals, Second Circuit. April 19, 1898.) Appeal from the Circuit Court of the United States for the Southern District of New York. Henry L. Burnett, U. S. Atty. Hartley & Coleman, for appellees. Dismissed on consent, pursuant to the twentieth rule.

---

In re VIETOR et al. (Circuit Court of Appeals, Second Circuit. November 3, 1899.) No. 20. Appeal from the District Court of the United States for the Southern District of New York. James L. Bishop, for appellants. Alexander Blumensteil and Harry A. Avery, for appellees. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Affirmed in open court.

---

VILLAGE OF READS v. SAGE. (Circuit Court of Appeals, Eighth Circuit. May 10, 1899.) No. 1,181. In Error to the Circuit Court of the United States for the District of Minnesota. S. L. Campbell and C. L. Campbell, for plaintiff in error. Owen Morris and George H. Selover, for defendant in error. Dismissed, pursuant to the twenty-third rule, for failure to print the record.